**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: LEE, LAMAR T § Case No. 13-83364
      LEE, MARY K §
§
Debtor(s) §

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JAMES E. STEVENS, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    U.S. Bankruptcy Court
    Stanley J. Roszkowski U.S. Courthouse
    327 South Church Street
    Rockford, IL 61101

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 08/20/2014 in Courtroom 3100, United States Courthouse, 327 South Church Street
Rockford, IL 61101 .
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:  07/09/2014         By:  /s/JAMES E. STEVENS
                                                                         Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| In re: LEE, LAMAR T | § | Case No. 13-83364 |
|---|---|---|
| LEE, MARY K | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 5,000.00 |
| *and approved disbursements of* | $ 43.44 |
| *leaving a balance on hand of* [1] | $ 4,956.56 |
| **Balance on hand:** | $ 4,956.56 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2S | Wells Fargo Bank NA | 2,535.58 | 0.00 | 0.00 | 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 4,956.56 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JAMES E. STEVENS | 1,250.00 | 0.00 | 1,250.00 |
| Attorney for Trustee, Fees - Barrick, Switzer, Law Firm | 1,711.00 | 0.00 | 1,711.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 2,961.00 |
| Remaining balance: | $ 1,995.56 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $         0.00
Remaining balance:   $     1,995.56

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:   $         0.00
Remaining balance:   $     1,995.56

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 13,361.29 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 14.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Commerce Bank | 2,262.11 | 0.00 | 337.86 |
| 2U | Wells Fargo Bank NA | 35.00 | 0.00 | 5.23 |
| 3 | Capital One Bank (USA), N.A. | 120.68 | 0.00 | 18.02 |
| 4 | PNC BANK | 10,943.50 | 0.00 | 1,634.45 |

Total to be paid for timely general unsecured claims:   $     1,995.56
Remaining balance:   $         0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:  $     0.00
Remaining balance:  $     0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims:  $     0.00
Remaining balance:  $     0.00

Prepared By:  /s/JAMES E. STEVENS
Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 13-83364-TML
Lamar T Lee                                                           Chapter 7
Mary K Lee
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0752-3          User: cshabez              Page 1 of 1              Date Rcvd: Jul 25, 2014
                              Form ID: pdf006            Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 27, 2014.
db/jdb      +Lamar T Lee,   Mary K Lee,   4598 Minns Drive,    Machesney Park, IL 61115-1933
21051372     Capital One,   PO Box 30281,   Salt Lake City, UT 84130-0281
21427893     Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
21051373     Chase,   PO Box 15298,   Wilmington, DE 19850-5298
21051374    +CitiCards,   P.O. Box 6500,   Sioux Falls, SD 57117-6500
21051375    +Commerce Bank Card Center,   P.O. Box 411036,   Kansas City, MO 64141-1036
21464215    +PNC BANK,   PO BOX 94982,   CLEVELAND, OH 44101-4982
21051377     PNC Bank,   P.O. Box 3429,   Pittsburgh, PA 15230-3429
21051376    +Pediatrix Medical Group,   4991 Lake Brook Drive, Suite 300,   Glen Allen, VA 23060-9293
21051378     Sears Credit Cards,   P.O. Box 6283,   Sioux Falls, SD 57117-6283
21051379    +Swedish American,   PO BOX 310283,   Des Moines, IA 50331-0283
21051380     U.S. DEPARTMENT OF EDUCATION,   Direct Loan Servicing Center,   P.O. Box 4609,
              Utica, NY 13504-4609
21051381    ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court: US Bank,   Cardmember Service,   P.O. Box 6352,
              Fargo, ND 58125-6352)
21051382    +US Bank Home Mortgage,   4801 Frederica St.,   Owensboro, KY 42301-7441
21404863     Wells Fargo Bank NA,   PO Box 10438,   Des Moines IA 50306-0438
21051383    +Wells Fargo Financial National Bank,   P.O. Box 10475,   Des Moines, IA 50306-0475

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21344576      E-mail/Text: bankruptcy@commercebank.com Jul 25 2014 19:58:37     Commerce Bank,   P O BOX 419248,
              KCREC-10,   Kansas City, MO 64141-6248
                                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2014                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 24, 2014 at the address(es) listed below:
              Brian A Hart    on behalf of Joint Debtor Mary K Lee brian@rockfordbankruptcy.com,
               vanessa@rockfordbankruptcy.com;amy@rockfordbankruptcy.com
              Brian A Hart    on behalf of Debtor Lamar T Lee brian@rockfordbankruptcy.com,
               vanessa@rockfordbankruptcy.com;amy@rockfordbankruptcy.com
              James E Stevens    on behalf of Trustee James E Stevens jimstevens@bslbv.com
              James E Stevens    jimstevens@bslbv.com, IL48@ecfcbis.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
                                                                                              TOTAL: 5