# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | |
|---|---|
| In re: LEE, LAMAR T<br>     LEE, MARY K<br><br>Debtor(s) | § Case No. 13-83364<br>§<br>§<br>§ |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $131,546.00<br>*(without deducting any secured claims)* | Assets Exempt: $31,945.00 |
| Total Distribution to Claimants: $1,995.56 | Claims Discharged<br>Without Payment: $78,233.46 |
| Total Expenses of Administration: $3,004.44 | |

3) Total gross receipts of $ 5,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $5,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $106,535.58 | $2,535.58 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,004.44 | 3,004.44 | 3,004.44 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 80,599.14 | 13,361.29 | 13,361.29 | 1,995.56 |
| **TOTAL DISBURSEMENTS** | $187,134.72 | $18,901.31 | $16,365.73 | $5,000.00 |

4) This case was originally filed under Chapter 7 on September 30, 2013. The case was pending for 13 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/21/2014          By: /s/JAMES E. STEVENS
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2010 Toyota Sienna | 1129-000 | 5,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$5,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2S | Wells Fargo Bank NA | 4210-000 | 2,535.58 | 2,535.58 | 0.00 | 0.00 |
| NOTFILED | US Bank Home Mortgage | 4110-000 | 104,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$106,535.58** | **$2,535.58** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JAMES E. STEVENS | 2100-000 | N/A | 1,250.00 | 1,250.00 | 1,250.00 |
| Barrick, Switzer, Law Firm | 3110-000 | N/A | 1,711.00 | 1,711.00 | 1,711.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | | N/A | 10.00 | 10.00 | 10.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | | N/A | 3.44 | 3.44 | 3.44 |
| Rabobank, N.A. | 2600-000 | | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | | N/A | $3,004.44 | $3,004.44 | $3,004.44 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Commerce Bank | 7100-000 | 2,223.41 | 2,262.11 | 2,262.11 | 337.86 |
| 2U | Wells Fargo Bank NA | 7100-000 | N/A | 35.00 | 35.00 | 5.23 |
| 3 | Capital One Bank (USA), N.A. | 7100-000 | 29.00 | 120.68 | 120.68 | 18.02 |
| 4 | PNC BANK | 7100-000 | 11,479.00 | 10,943.50 | 10,943.50 | 1,634.45 |
| NOTFILED | Swedish American | 7100-000 | 1,538.72 | N/A | N/A | 0.00 |
| NOTFILED | Sears Credit Cards | 7100-000 | 8,900.55 | N/A | N/A | 0.00 |
| NOTFILED | U.S. DEPARTMENT OF EDUCATION Direct Loan Servicing Center | 7100-000 | 40,018.69 | N/A | N/A | 0.00 |
| NOTFILED | US Bank Cardmember Service | 7100-000 | 7,110.96 | N/A | N/A | 0.00 |
| NOTFILED | Pediatrix Medical Group | 7100-000 | 1,787.36 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 4,281.00 | N/A | N/A | 0.00 |
| NOTFILED | CitiCards | 7100-000 | 3,230.45 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| **TOTAL GENERAL UNSECURED CLAIMS** | $80,599.14 | $13,361.29 | $13,361.29 | $1,995.56 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-83364  
**Case Name:** LEE, LAMAR T  
LEE, MARY K  
**Period Ending:** 10/21/14

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 09/30/13 (f)  
**§341(a) Meeting Date:** 10/31/13  
**Claims Bar Date:** 03/10/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Real estate located at: 4598 Minns Drive, Maches | 120,000.00 | 1,000.00 | | 0.00 | FA |
| 2 | Checking and Savings accounts with Alpine Bank | 600.00 | 0.00 | | 0.00 | FA |
| 3 | Savings account with ING | 25.00 | 0.00 | | 0.00 | FA |
| 4 | Savings account with Planetes Credit Union | 1,500.00 | 0.00 | | 0.00 | FA |
| 5 | Misc. household goods and furnishings | 1,500.00 | 0.00 | | 0.00 | FA |
| 6 | Clothing | 400.00 | 0.00 | | 0.00 | FA |
| 7 | Term policy from employment | 1.00 | 1.00 | | 0.00 | FA |
| 8 | 401k | 7,000.00 | 0.00 | | 0.00 | FA |
| 9 | 100% owner in Lamary Enterprises LLC no assets o | 0.00 | 0.00 | | 0.00 | FA |
| 10 | 2010 Toyota Sienna | 13,400.00 | 7,500.00 | | 5,000.00 | FA |
| 11 | 2000 Daewoo Lanos | 500.00 | 500.00 | | 0.00 | FA |
| 12 | Dog | 20.00 | 0.00 | | 0.00 | FA |
| 12 | **Assets** **Totals** (Excluding unknown values) | **$144,946.00** | **$9,001.00** | | **$5,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** October 31, 2014    **Current Projected Date Of Final Report (TFR):** August 20, 2014  (Actual)

Printed: 10/21/2014 01:50 PM    V.13.18

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| **Case Number:** | 13-83364 | | **Trustee:** | JAMES E. STEVENS (330420) |
|---|---|---|---|---|
| **Case Name:** | LEE, LAMAR T | | **Bank Name:** | Rabobank, N.A. |
| | LEE, MARY K | | **Account:** | ******0266 - Checking Account |
| **Taxpayer ID #:** | **-***6213 | | **Blanket Bond:** | $780,000.00  (per case limit) |
| **Period Ending:** | 10/21/14 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/17/14 | {10} | Lamar T. and Mary K. Lee | payment on car | 1129-000 | 5,000.00 | | 5,000.00 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,990.00 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,980.00 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,970.00 |
| 06/05/14 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/05/2014 FOR CASE #13-83364, 016018067 | 2300-000 | | 3.44 | 4,966.56 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,956.56 |
| 08/21/14 | 102 | Barrick, Switzer, Law Firm | Dividend paid 100.00% on $1,711.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 1,711.00 | 3,245.56 |
| 08/21/14 | 103 | JAMES E. STEVENS | Dividend paid 100.00% on $1,250.00, Trustee Compensation;  Reference: | 2100-000 | | 1,250.00 | 1,995.56 |
| 08/21/14 | 104 | Commerce Bank | Dividend paid 14.93% on $2,262.11; Claim# 1; Filed: $2,262.11; Reference: | 7100-000 | | 337.86 | 1,657.70 |
| 08/21/14 | 105 | Wells Fargo Bank NA | Dividend paid 14.93% on $35.00; Claim# 2U; Filed: $35.00; Reference: | 7100-000 | | 5.23 | 1,652.47 |
| 08/21/14 | 106 | Capital One Bank (USA), N.A. | Dividend paid 14.93% on $120.68; Claim# 3; Filed: $120.68; Reference: | 7100-000 | | 18.02 | 1,634.45 |
| 08/21/14 | 107 | PNC BANK | Dividend paid 14.93% on $10,943.50; Claim# 4; Filed: $10,943.50; Reference: | 7100-000 | | 1,634.45 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 5,000.00 | 5,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 5,000.00 | 5,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$5,000.00** | **$5,000.00** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******0266** | 5,000.00 | 5,000.00 | 0.00 |
| | **$5,000.00** | **$5,000.00** | **$0.00** |

{} Asset reference(s)